J. Russell Stedman (117130)
rstedman@bargerwolen.com
Brendan V. Mullan (267613)
bmullan@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Plaintiff-in-Interpleader
NEW YORK LIFE INSURANCE and ANNUITY CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, <br><br> Plaintiff-in-Interpleader, <br><br> vs. <br><br> INGA STILES, an individual; BRIAN ANTHONY GOMEZ, an individual; and DOES 1 through 20 inclusive, <br><br> Defendants-in-Interpleader. | CASE NO. CV 12-06200 RS <br><br> **STIPULATION FOR DISMISSAL AND DISCHARGE OF PLAINTIFF NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; [PROPOSED] ORDER** <br><br> Complaint Filed:  December 6, 2012 |

The parties, by and through their respective counsel, stipulate as follows:

**RECITALS**

WHEREAS, New York Life Insurance and Annuity Corporation ("New York Life") issued a life insurance policy to Erica D. Kapany ("Kapany"), dated July 24, 2008 ("Policy");

WHEREAS, Kapany died on September 6, 2012;

WHEREAS, Defendants-in-Interpleader Inga Stiles and Brian Gomez each submitted a claim to New York Life for the proceeds of the Policy, and each makes claim to the entire Policy proceeds to the exclusion of the other;

STIPULATION FOR DISMISSAL AND DISCHARGE OF PLAINTIFF NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; [PROPOSED] ORDER
CASE NO. CV 12-06200 RS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

1  WHEREAS, New York Life has at all relevant times admitted liability under the terms of
2  the Policy, makes no claim to the Policy proceeds, and has been unable to determine the proper
3  beneficiary in light of the Defendants-in-Interpleaders' competing claims;

4  WHEREAS, on December 6, 2012, New York Life filed this action-in-interpleader pursuant
5  to F.R.C.P. 22, and deposited with the Court the full proceeds of the Policy with accrued statutory
6  interest in the amount of $1,002,602.74;

7  WHEREAS, in its Complaint-in-Interpleader New York Life sought, among other things, to
8  be discharged and dismissed from this action in order to terminate all actual or potential liability
9  under the Policy and to recover its attorneys' fees and costs incurred in preparing and participating
10 in this action;

11 WHEREAS, Defendants-in Interpleader on the one hand, and New York Life on the other,
12 have reached a compromise and agreement for the dismissal and discharge of New York Life from
13 this action.

## STIPULATION

15 IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL OF RECORD FOR
16 EACH OF THE PARTIES:

17 1.  New York Life and its agents, attorneys and assigns are discharged of all liability
18 with respect to or related to the Policy and this action;

19 2.  New York Life is dismissed from this action with prejudice;

20 3.  The Defendants-in-Interpleader, and each of them, their agents, attorneys and
21 assigns, are enjoined perpetually, restraining each of them, their agents, attorneys and assigns, from
22 instituting any suit at law or equity, or action of any kind whatsoever, against New York Life and its
23 agents, attorneys and assigns, with respect to the Policy and/or the proceeds of the Policy;

24 4.  New York Life waives all claims to recovery of attorneys' fees and costs to be paid
25 from the interpleaded funds or otherwise.

26 /
27 /
28

-2-
STIPULATION FOR DISMISSAL AND DISCHARGE OF PLAINTIFF NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION; [PROPOSED] ORDER
CASE NO. CV 12-06200 RS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

5. New York Life on the one hand, and Defendants-in-Interpleader on the other, shall bear their own costs, without prejudice to any claims as between Defendants-in-Interpleader as to recovery of costs.

Dated: February 28, 2013                           BARGER & WOLEN LLP


By: /s/ J. RUSSELL STEDMAN
    J. RUSSELL STEDMAN
    BRENDAN V. MULLAN
    Attorney for Plaintiff-in-Interpleader
    NEW YORK LIFE INSURANCE AND
    ANNUITY CORPORATION

Dated: February 28, 2013                           THE HERITAGE LAW GROUP, A.P.C.


By: /s/ JILL R. SCHACHTER
    ROGER D. WINTLE
    JILL R. SCHACHTER
    Attorney for Defendant-in-Interpleader
    BRIAN GOMEZ

Dated: February 28, 2013                           BRADLEY, DRENDEL & JEANNEY


By: /s/ WILLIAM C. JEANNEY
    WILLIAM C. JEANNEY
    JAMES ANDRE BOLES, CBA 141639
    Attorney for Defendant-in-Interpleader
    INGA STILES

# **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED:

1. New York Life and its agents, attorneys and assigns are discharged of all liability with respect to or related to the Policy or this action;

2. New York Life is dismissed from this action with prejudice;

3. The Defendants-in-Interpleader, and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents, attorneys and assigns, from instituting any suit at law or equity, or action of any kind whatsoever, against New York Life and its agents, attorneys and assigns, with respect to the Policy and/or the proceeds of the Policy;

4. New York Life shall not recover any attorneys' fees and costs from the interpleaded funds or otherwise in this action.

New York Life on the one hand, and Defendants-in-Interpleader on the other, shall bear their own costs, without prejudice to any claims as between Defendants-in-Interpleader as to recovery of costs.

Dated: 3/1/13

THE HONORABLE RICHARD SEEBORG
JUDGE, U.S. DISTRICT COURT

-4-
STIPULATION FOR DISMISSAL AND DISCHARGE OF PLAINTIFF NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION; [PROPOSED] ORDER
CASE NO. CV 12-06200 RS

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800