IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>        Plaintiff-in-Interpleader,<br>v.<br><br>INGA STILES, BRIAN ANTHONY GOMEZ and DOES 1-20, inclusive,<br><br>        Defendants-in-Interpleader.<br>_____/ | No. C 12-06200 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on March 7, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.     ALTERNATIVE DISPUTE RESOLUTION.  Parties shall engage in Private Mediation after conducting preliminary discovery, ideally within the next 120 days.

    2.     DISCOVERY.  On or before December 2, 2013 all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete

1  subparts; (c) a reasonable number of requests for production of documents or for inspection per
2  party; and (d) a reasonable number of requests for admission per party.

3      3.     DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate
4  Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not
5  more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The
6  joint letter must be electronically filed under the Civil Events category of "Motions and Related
7  Filings >Motions--General > Discovery Letter Brief." The Magistrate Judge to whom the matter
8  is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge
9  may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After
10 a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that
11 Judge's procedures.

12     5.     EXPERT WITNESSES. The disclosure and discovery of expert witnesses and
13 opinions shall proceed as follows:

14     A.     On or before October 3, 2013, parties will make initial expert disclosures in
15 accordance with Federal Rule of Civil Procedure 26(a)(2).

16     B.     On or before November 4, 2013, parties will designate their supplemental and
17 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

18     C.     On or before December 2, 2013, all discovery of expert witnesses pursuant to
19 Federal Rule of Civil Procedure 26(b)(4) shall be completed.

20     6.     FURTHER CASE MANAGEMENT CONFERENCE. A Further Case
21 Management Conference shall be held on **December 12, 2013 at 10:00 a.m.** in Courtroom 3,
22 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The
23 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

24     7.     PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to
25 Civil Local Rule 7. All pretrial motions shall be heard no later than **January 2, 2014 at 1:30**

CASE MANAGEMENT SCHEDULING ORDER

2

**p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    8.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **July 17, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

    9.    TRIAL DATE.  Trial shall commence on **July 28, 2014 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    IT IS SO ORDERED.

DATED:   3/7/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

3