UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INGA STILES, an individual; BRIAN ANTHONY GOMEZ, an individual; and DOES 1 through 20 inclusive,<br><br>Defendants._____/ | Case No. 3:12-cv-06200 WHO<br><br>~~PROPOSED~~ **ORDER TO DISTRIBUTE INTERPLEADER FUNDS AND DISMISS INTERPLEADER WITH PREJUDICE** |

The Court, having reviewed the Stipulation to Distribute Interpleader Funds and Dismiss Interpleader with Prejudice,

THEREFORE, IT IS HEREBY ORDERED,

1. That $752,602.74 is to be disbursed by the Court made payable to Bradley, Drendel & Jeanney Trust Account for the benefit of Inga Stiles and mailed to Bradley, Drendel & Jeanney, P.O. Box 1987, Reno, Nevada 89505;

2. That $250,000.00 is to be disbursed by the Court made payable to Roger D. Wintle Legal Services Trust Account, for the benefit of Brian Gomez and mailed to The Heritage Law Group, 152 North Third Street, Suite 550, San Jose, CA 95112.

3. That once all funds have been disbursed from this Court, this case is dismissed with prejudice with all parties to bear their own fees and costs.

Dated this 13th day of November 2013.

_____
United States District Court Judge

Our File No. 202112

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999